190 So.2d 230

**STATE of Louisiana**

**v.**

**Henry BROOKS.**

**No. 48309.**

Oct. 5, 1966.

In re: Henry Brooks applying for writs of certiorari or review.

Writ refused. There is no error of law in the judgment complained of.

190 So.2d 231

**Raymond J. HARGRAVE**

**v.**

**TRAVELERS INSURANCE COMPANY.**

**No. 48314.**

Oct. 5, 1966.

In re: Raymond J. Hargrave applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of Assumption. 187 So.2d 8.

Writ refused. On the facts found by the Court of Appeal the result reached is correct.

McCALEB, J., concurs as the issue herein has been settled at least, inferentially, in Danziger v. Employers Mut. Liability Ins. Co. of Wisconsin, 245 La. 33, 156 So.2d 468.

SANDERS and SUMMERS JJ., are of the opinion that a writ should be granted.